Dawn M. Coulson, State Bar No. 154085
dcoulson@eyclaw.com
Jeffrey A. Cohen, State Bar No. 186420
jcohen@eyclaw.com
**EPPS YONG & COULSON, LLP**
333 S. Hope Street, 35th Floor
Los Angeles, California 90071
(213) 613-2340 - Telephone
(213) 613-2344 - Facsimile

JS-6

Attorneys for Plaintiff AMERICAN PRESIDENT LINES, LTD., a Delaware corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN PRESIDENT LINES, LTD., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED PRESIDENTS LINE, INC., a California corporation; and Does 1 through 10, inclusive<br><br>Defendants, | CASE NO. CV10-4745 RSWL (AJWx)<br><br>**IN ADMIRALITY**<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>Filed concurrently with Motion for Default Judgment, Declaration of Norman McCluskey and Request for Judicial Notice |

Judgment is entered for Plaintiff AMERICAN PRESIDENT LINES, LTD., a Delaware corporation ("Plaintiff"), against UNITED PRESIDENTS LINE, INC., a California corporation ("Defendant"). Defendant must pay Plaintiff on the complaint damages in the principal sum of $10,104.00, plus costs in the sum of $441.35, for a total amount of $10,545.35.

Dated: 1/11/11                    Lori Muraoka, Deputy Clerk
_____                   _____
                                  Clerk of the Court